**Order filed December 3, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00118-CV

_____

## STEVEN TROY TILLERY D/B/A FULL METAL DEMOLITION, Appellant

## V.

## JESSE SPEER, Appellee

**On Appeal from the 91st District Court**

**Eastland County, Texas**

**Trial Court Cause No. CV1343171**

### O R D E R

Appellant, Steven Troy Tillery d/b/a Full Metal Demolition, timely filed an appeal from a final judgment signed by the trial judge on February 20, 2015. Appellant has now filed in this court a notice of bankruptcy. *See* TEX. R. APP. P. 8.1. The notice indicates that Appellant has filed a voluntary petition seeking bankruptcy protection under Chapter 7 of the United States Bankruptcy

Code.  The notice complies with TEX. R. APP. P. 8.1.  Therefore, pursuant to TEX. R. APP. P. 8.2, we abate this appeal.  The parties are requested to inform this court of the resolution of the bankruptcy proceedings or any other event that would allow this appeal to be reinstated.  *See* TEX. R. APP. P. 8.3.

This appeal is abated.

PER CURIAM

December 3, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.